24 June 2015

Court of Appeals
Fourth Court of Appeals District
CADENA-REEVES JUSTICE CENTER
300 Dolorosa, Suite 3200
San Anto, Tx 78205-3037

RE: "Request for Status of Appeal"
Court of Appeals No. 04-14-00555-CR
Trial Court Case No. 307125
STYLE: Robert Martinez
v
STATE OF TEXAS

Robert Martinez
TDCJ ID No. 1931397
Lopez State Jail
1203 El Cibolo Rd
Edinburg, Tx. 78542

VIA U.S. MAIL

Greetings: Honorable Clerk,

Requesting In Good Faith for the Status
of the above captioned case. Thank You

In Pro.

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUL -1 PM 12:47
KEITH E. HOTTLE, CLERK

CC: file

Page 1 of 1

Robert Martinez
TDCJ ID No. 1931397
Lopez State Jail
1203 EL Cibolo Rd.
Edinburg, TX 78542

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2015 JUL -1 PM 12: 47
Legal Mail
Keith E. Hottle
KEITH E. HOTTLE, CLERK

Legal Mail
24 June 2015

Court of Appeals
Fourth Court of Appeals District
CADENA-REEVES JUSTICE CENTER
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

MCALLEN TX 785
29 JUN 2015 PM 2 L
USA FOREVER